# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Matthew L. Puzz, a single man,<br><br>Plaintiff,<br><br>v.<br><br>Chase Home Finance, LLC, Michael A. Bosco and Jane Doe 1, a married couple with community property, Mark S. Bosco and Jane Doe 2, a married couple with Community Property; Tiffany & Bosco, P.A.,<br><br>Defendants. | Case No. CV-10-1699-PHX-GMS<br><br>**ORDER** |

Pending before the Court are Defendants Michael A. Bosco, Jr., Kathy Bosco, Mark S. Bosco, Amanda Bosco, and Tiffany & Bosco, P.A. and Defendant Chase Home Finance LLC's Motions for Extension of Time to File Answer (Doc. 36, 37), and good cause appearing,

**IT IS HEREBY ORDERED** that Defendants shall be permitted to file an answer (1) fourteen days after the Court allows any amended complaint to be filed, or (2) by **March 17, 2011**, if Plaintiff does not move to amend his First Amended Verified Complaint.

Dated this 11th day of February, 2011.

G. Murray Snow
United States District Judge