IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Matthew L. Puzz, | No. CV 10-01699-PHX-GMS |
| Plaintiff, | **ORDER** |
| vs. | |
| CHASE HOME FINANCE, LLC; MICHAEL A. BOSCO, JR. and KATHY BOSCO, a married couple with community property; MARK S. BOSCO and AMANDA BOSCO, a married couple with community property; TIFFANY & BOSCO, P.A., | |
| Defendants. | |

Pending before the Court is the Bosco Defendant's Supplemental Memorandum in Support of Request For Attorney's Fees (Doc. 39). After considering this memorandum and Plaintiff's response.

**IT IS ORDERED** that the Plaintiff shall pay the Bosco Defendants $2,691.79 in attorney's fees for defending against Counts One, Ten, Eleven and Twelve in Plaintiff's First Amended Verified Complaint pursuant to A.R.S. § 33-807(e).

DATED this 11th day of April, 2011.

/s/ A. Murray Snow
G. Murray Snow
United States District Judge