# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Matthew L. Puzz, | No. CV10-1699-PHX-GMS |
| Plaintiff, | **ORDER** |
| vs. | |
| Chase Home Finance, LLC., et al., | |
| Defendant. | |

Pursuant to the Court's Order dated April 11, 2011 (Doc. 46), Judgment is entered in favor of Defendants Michael A. Bosco, Jr. and Kathy Bosco, Mark S. Bosco and Amanda Bosco, and Tiffany & Bosco, P.A. (collectively, "Bosco Defendants") and against the Plaintiff, Michael L. Puzz, in the amount of $2,691.79 in attorneys' fees, under Arizona Revised Statute § 33-807(E), for defending against Counts One, Ten, Eleven and Twelve in Plaintiff's First Amended Verified Complaint.

DATED this 4th day of May, 2011.

_____
G. Murray Snow
United States District Judge